

IN THE
TENTH COURT OF APPEALS

No. 10-11-00442-CV

IN THE INTEREST OF T.M. AND D.M., CHILDREN,

From the County Court at Law No. 2
Brazos County, Texas
Trial Court No. 05-000414-CV-CCL2

## MEMORANDUM  OPINION

Appellant has filed a "Motion to Dismiss."   *See* TEX. R. APP. P. 42.1(a)(1). Dismissal of this appeal would not prevent a party from seeking relief to which it would otherwise be entitled.  The motion is granted, and the appeal is dismissed.

REX D. DAVIS
Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Motion granted; appeal dismissed
Opinion delivered and filed April 4, 2012
[CV06]